IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARTY D. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:22-cv-84 |
| ) | JURY DEMANDED |
| ARCONIC CORPORATION ) | |
| and ARCONIC TENNESSEE LLC, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Come the parties, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate that the claims against Defendants Arconic Corporation and Arconic Tennessee LLC should be dismissed with prejudice, with the parties to bear their own attorney fees and discretionary costs.

Respectfully submitted this 8th day of December, 2022.

| | |
|---|---|
| */s/ Jordan T. Newport* | */s/ Robert L. Bowman* |
| Jordan T. Newport (BPR #037604) | Robert L. Bowman (BPR #017266) |
| **HAGOOD MOODY HODGE PLLC** | James T. Snodgrass (BRP #036212) |
| 900 S. Gay Street, Suite 2100 | **KRAMER RAYSON LLP** |
| Knoxville, TN 37902 | 800 S. Gay Street, Suite 2500 |
| jnewport@hagoodmoodyhodge.com | Knoxville, TN 37929 |
| Attorney for Plaintiff | rlbowman@kramer-rayson.com |
| | jsnodgrass@kramer-rayson.com |
| | Attorneys for Defendants |